Office of Harris County District Clerk - Marilyn Burgess                                              Page 1 of 1

| **HCDistrictclerk.com** | HERNANDEZ, JAVIER A vs. CYPRESS PROPERTY & CASUALTY INSURANCE COMPANY | | 8/19/2024 | |
|---|---|---|---|---|
| | Cause: 202446422    CDI: 7    Court: 234 | | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 115975090 | Defendant Cypress Property & Casualty Insurance Company's Original Answer to Plaintiff's Original Petition | | 08/19/2024 | 3 |
| 115620221 | Citation (Executed) Cypress Property & Casualty Insurance Company | | 07/29/2024 | 3 |
| 115543975 | Plaintiff's Original Petition and Jury Demand | | 07/24/2024 | 15 |
| ·> 115543976 | Request for Issuance of Service | | 07/24/2024 | 1 |

# EXHIBIT 1