Receipt Number: 1003120
Tracking Number: 74352238

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202446422

| PLAINTIFF: HERNANDEZ, JAVIER A | In the 234th Judicial |
|---|---|
| vs. | District Court of |
| DEFENDANT: CYPRESS PROPERTY & CASUALTY INSURANCE COMPANY | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: CYPRESS PROPERTY & CASUALTY INSURANCE COMPANY BY SERVING ITS REGISTERED AGENT
CORPORATE CREATIONS NETWORK INC
5444 WESTHEIMER ROAD     SUITE 1000
HOUSTON TX 77056

   Attached is a copy of PLAINTIFFS ORIGINAL PETITION AND JURY DEMAND.
This instrument was filed on July 24, 2024, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this July 24, 2024.



Marilyn Burgess
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: TALITHA MCCARTY

Issued at request of:
GREEN, DONALD CLINTON II
455 E. MEDICAL CENTER BLVD, STE 555
WEBSTER, TX 77598
832-415-1432
Bar Number: 24086619

**EXHIBIT 3**

Tracking Number: 74352238

CAUSE NUMBER: 202446422

| | |
|---|---|
| PLAINTIFF: HERNANDEZ, JAVIER A | In the 234th |
| vs. | Judicial District Court |
| DEFENDANT: CYPRESS PROPERTY & CASUALTY INSURANCE COMPANY | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock _____. M., on the _____ day of _____, 20_____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of
_____, 20_____.

FEE: $ _____

_____
_____ of _____
County, Texas
_____   By: _____
Affiant                                 Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20_____.

Notary Public