8/19/2024 9:44 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 91039742
By: SHANNON NORTH-GONZALEZ
Filed: 8/19/2024 9:44 AM

## CAUSE NO. 2024-46422

| | | |
|---|---|---|
| **JAVIER A. HERNANDEZ,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **CYPRESS PROPERTY & CASUALTY INSURANCE COMPANY,** | § | |
| | § | |
| *Defendant*. | § | **234th JUDICIAL DISTRICT** |

### DEFENDANT CYPRESS PROPERTY & CASUALTY INSURANCE COMPANY'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW, CYPRESS PROPERTY & CASUALTY INSURANCE COMPANY ("Defendant" or "Cypress"), and files this Original Answer to Plaintiff's Original Petition and would respectfully show the following:

### GENERAL DENIAL

1. Pursuant to Rule 92 of the TEXAS RULES OF CIVIL PROCEDURE, Cypress generally denies each and every, all and singular, the allegations contained within Plaintiff's Original Petition, and demands strict proof thereon by a preponderance of the credible evidence in accordance with the Constitution and laws of the State of Texas.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant Cypress prays that upon final hearing and trial, the Court enter a judgment ordering Plaintiff to take nothing by way of his Petition and for all other relief to which Cypress may be justly entitled.

EXHIBIT 5

Respectfully submitted,

*/s/ Rhonda J. Thompson*
Rhonda J. Thompson
State Bar No.: 24029862
Kolby J. Keller
State Bar No.:24119382

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8273
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
kkeller@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2024, a true and correct copy of the foregoing has been served on Plaintiff's counsel in accordance with the Texas Rules of Civil Procedure:

Chad T. Wilson
Donald Green
Chad T. Wilson Law Firm PLLC
455 E Medical Center Blvd., Ste 555
Webster, TX  77598
Phone: 832-415-1432
cwilson@cwilsonlaw.com
dgreen@cwilsonlaw.com

*/s/ Rhonda J. Thompson*
Rhonda J. Thompson

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lisa Petrasic on behalf of Rhonda Thompson
Bar No. 24029862
lpetrasic@thompsoncoe.com
Envelope ID: 91039742
Filing Code Description: Answer/ Response / Waiver
Filing Description:
Status as of 8/19/2024 9:50 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Chad Wilson | | eservice@cwilsonlaw.com | 8/19/2024 9:44:08 AM | SENT |
| Donald CGreen II | | dgreen@cwilsonlaw.com | 8/19/2024 9:44:08 AM | SENT |
| Donna Matthews | | dmatthews@cwilsonlaw.com | 8/19/2024 9:44:08 AM | SENT |
| Rhonda JThompson | | rthompson@thompsoncoe.com | 8/19/2024 9:44:08 AM | SENT |
| Kolby Keller | | kkeller@thompsoncoe.com | 8/19/2024 9:44:08 AM | SENT |
| Lisa Petrasic | | lpetrasic@thompsoncoe.com | 8/19/2024 9:44:08 AM | SENT |
| Vicki Duhon | | vduhon@thompsoncoe.com | 8/19/2024 9:44:08 AM | SENT |
| Paul` Arnold | | Parnold@thompsoncoe.com | 8/19/2024 9:44:08 AM | SENT |