IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
HOUSTON DIVISION

| | | |
|---|---|---|
| **JAVIER HERNANDEZ,** § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> **CYPRESS PROPERTY & CASUALTY** § <br> **INSURANCE COMPANY,** § <br> § <br> *Defendant.* § <br> § | | **CIVIL ACTION NO. _____** <br> **JURY** |

**LIST OF PARTIES AND COUNSEL**

Plaintiff JAVIER HERNANDEZ is represented by:

Chad T. Wilson
State Bar No. 24079587
Donald Green
State Bar No. 24086619
Chad T. Wilson Law Firm PLLC
455 E Medical Center Blvd., Ste 555
Webster, TX  77598
Phone: 832-415-1432
cwilson@cwilsonlaw.com
dgreen@cwilsonlaw.com

Defendant, CYPRESS PROPERTY & CASUALTY INSURANCE COMPANY is represented by:

**Rhonda J. Thompson,** *Attorney-in-Charge*
State Bar No. 24029862
Southern District Bar No. 17055
**Kolby J. Keller**
State Bar No. 24119382
Southern District Bar No. 3676114
THOMPSON, COE, COUSINS & IRONS, LLP
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  214-871-8273
Facsimile:  214-871-8209
rthompson@thompsoncoe.com

15607701v1
10054.288

**EXHIBIT 6**

kkeller@thompsoncoe.com

15607701v1
10054.288