# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **JAVIER HERNANDEZ,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | JURY |
| **CYPRESS PROPERTY & CASUALTY** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| *Defendant.* | § | |

## **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**

Defendant, Cypress Property & Casualty Insurance Company hereby files this Certificate of Interested Parties.

**For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):**

None.

**A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:**

1. Javier A. Hernandez
   **Plaintiff**

2. Chad T. Wilson
   State Bar No. 24079587
   Donald Green
   State Bar No. 24086619
   Chad T. Wilson Law Firm PLLC
   455 E Medical Center Blvd., Ste 555
   Webster, TX  77598
   Phone: 832-415-1432
   cwilson@cwilsonlaw.com
   dgreen@cwilsonlaw.com
   **Counsel for Plaintiff**

3. Cypress Property & Casualty Insurance Company
   **Defendant**

4. Rhonda J. Thompson, *Attorney-in-Charge*
   State Bar No. 24029862
   Southern District Bar No. 17055
   Kolby J. Keller
   State Bar No. 24119382
   Southern District Bar No. 3676114
   THOMPSON, COE, COUSINS & IRONS, LLP
   700 North Pearl Street, 25th Floor
   Dallas, Texas 75201
   Telephone:  214-871-8273
   Facsimile:  214-871-8209
   rthompson@thompsoncoe.com
   kkeller@thompsoncoe.com
   **Counsel for Defendant**

5. Bank of America, N.A., ISAOA ATIM
   P.O. Box 961291
   Fort Worth, Texas 76161-0291
   **Insured's Mortgagee**

6. Dominick Clause
   Berkley International
   TX License # 2083831
   1007 W. Gardner St.
   Houston, TX 77009
   Telephone:  832-225-6957
   dclause@berkelyinternational.org
   **Insured's Public Adjuster**

If new parties are added, or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then counsel will promptly file an amended certificate with the clerk.

Respectfully submitted,

*/s/ Rhonda J. Thompson*
Rhonda J. Thompson, ***Attorney-in-Charge***
State Bar No.: 24029862
Southern District Number 17055
Kolby J. Keller
State Bar No.:24119382
Southern District Number 3676114
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
rthompson@thompsoncoe.com
kkeller@thompsoncoe.com
**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2024, a true and correct copy of the foregoing document was electronically served on Plaintiff's counsel below in accordance with the Texas Rules of Civil Procedure:

Chad T. Wilson
Donald Green
Chad T. Wilson Law Firm PLLC
455 E Medical Center Blvd., Ste 555
Webster, TX  77598
Phone: 832-415-1432
cwilson@cwilsonlaw.com
dgreen@cwilsonlaw.com

                        */s/ Rhonda J. Thompson*
                        Rhonda J. Thompson