**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
August 27, 2024
Nathan Ochsner, Clerk

**Civil Action Number: 4:24–cv–03163**

**ORDER FOR CONFERENCE
AND
DISCLOSURE OF INTERESTED PARTIES**

**Judge Keith P. Ellison
515 Rusk Avenue, Courtroom 3A Houston
Houston, TX 77002
on November 22, 2024 at 10:45 AM**

COURT PROCEDURES AND ATTACHMENTS, WHICH ARE APPLICABLE TO CASES ASSIGNED TO JUDGE KEITH P. ELLISON CAN BE OBTAINED ON THE DISTRICT WEBSITE AT www.txs.uscourts.gov

1. If Plaintiff would like a scheduling conference earlier than the date and time noted above, once the Answer has been filed by Defendant(s), please contact Arturo Rivera, Case Manager to Judge Ellison at (713) 250–5181 or email to Arturo_Rivera@txs.uscourts.gov to schedule an earlier initial pretrial and scheduling conference.

2. Counsel shall file with the clerk within fifteen days from receipt of this order, a certificate listing all person, associations of person, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. If a group can be specified by a general description, individual listing is not necessary. <u>Underline the name of each corporation whose securities are publicly traded</u>. If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended certificate with the clerk.

3. Fed. R. Civ. P. 4(m) requires defendant(s) to be served within 90 days after the filing of the complaint. The failure of plaintiff(s) to file proof of service within 90 days after the filing of the complaint may result in dismissal of this action by court on its own initiative.

4. After the parties confer as required by Fed. R. Civ. P. 26(f), counsel shall prepare and file not less than 10 days before the conference a joint discovery/case management plan containing the information required on the attached form.

5. All counsel shall prepare, fill in dates and bring the Scheduling/Docket Control Order to the initial pretrial and scheduling conference. The Court will enter the *pretrial order due date and trial date* on the scheduling order and may rule on any pending motions at the conference. **Counsel may obtain this Court's form of Scheduling/Docket Control Order from the district website**.

6. Counsel who file or remove an action must serve a copy of this order with the summons and complaint or with the notice of removal.

7. Attendance by an attorney who has authority to bind the party is required at the conference either in person or by telephone. Please inform the Court if you wish to participate by telephone.

8. Counsel shall discuss with their clients and each other whether alternative dispute resolution is appropriate and at the conference shall advise the court of the results of their discussions.

9. A person litigating <u>pro se</u> is bound by the requirements imposed upon counsel in this Order.

10. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of fees and costs.

**By Order of the Court**