UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAVIER A. HERNANDEZ, | § § § § | |
| *Plaintiff*, | | |
| V. | § § § | CIVIL ACTION NO. 4:24-cv-03163 (JURY) |
| CYPRESS PROPERTY & CASUALTY INSURANCE, | § § § § | |
| *Defendant*. | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff certifies to the following regarding all entities who are financially interested in the outcome of this litigation:

**For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):**

None other than Cypress Property & Casualty Insurance Company.

**A complete list of all persons, associates of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:**

1. Plaintiff Javier A. Hernandez, c/o the Chad T. Wilson Law Firm PLLC;

2. Counsel for Plaintiff, Chad T. Wilson of the Chad T. Wilson Law Firm PLLC;

3. Counsel for Plaintiff, Donald C. Green II of the Chad T. Wilson Law Firm PLLC;

4. Defendant, Cypress Property & Casualty Insurance Company, c/o Thompson, Coe, Cousins & Irons, L.L.P.;

5. Counsel for Defendant, Rhonda J. Thompson of Thompson, Coe, Cousins & Irons, L.L.P.

The undersigned hereby certify the information contained in the foregoing disclosure of interested parties is true and correct.

                              Respectfully submitted,

By: */s/ Donald C. Green II*
     Chad T. Wilson
     Bar No. 24079587
     Southern District No. 2246983
     Donald C. Green II
     Bar No. 24086619
     Southern District No. 2516640
     CHAD T. WILSON LAW FIRM PLLC
     455 East Medical Center Blvd., Suite 555
     Webster, Texas 77598
     Telephone: (832) 415-1432
     Facsimile: (281) 940-2137

     ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF FILING AND SERVICE

       I hereby certify that on September 11, 2024, I electronically transmitted this document to the Clerk of Court using the CM/ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to defendant(s) counsel of record.

Rhonda J. Thompson
Kolby J. Keller
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
(214) 987-8200
(214) 871-8209 (Facsimile)
rthompson@thompsoncoe.com
kkeller@thompsoncoe.com

ATTORNEYS FOR DEFENDANT

                                                /s/ *Donald C. Green II*
                                                Donald C. Green II