# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **JAVIER HERNANDEZ,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | **CIVIL ACTION NO. 4:24-cv-03163** |
| § | **JURY** |
| **CYPRESS PROPERTY & CASUALTY** § | |
| **INSURANCE COMPANY,** § | |
| § | |
| *Defendant*. § | |

## DEFENDANT CYPRESS PROPERTY & CASUALTY INSURANCE COMPANY'S CERTIFICATE OF SERVICE IN REMOVED ACTION

I certify compliance with Court's Procedures.

On September 13, 2024, I served copies of the Order for Conference and Court Procedures on all other parties.

        Respectfully submitted,

        */s/ Rhonda J. Thompson*
        Rhonda J. Thompson, ***Attorney-in-Charge***
        State Bar No.: 24029862
        Southern District Number 17055
        Kolby J. Keller
        State Bar No.: 24119382
        Southern District Number 3676114
        **THOMPSON, COE, COUSINS & IRONS, L.L.P.**
        700 N. Pearl Street, 25th Floor
        Dallas, Texas 75201
        Telephone: (214) 871-8200
        Facsimile: (214) 871-8209
        rthompson@thompsoncoe.com
        kkeller@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on September 13, 2024, a true and correct copy of the foregoing document was electronically served on Plaintiff's counsel below in accordance with the Texas Rules of Civil Procedure:

Chad T. Wilson
Donald Green
Chad T. Wilson Law Firm PLLC
455 E Medical Center Blvd., Ste 555
Webster, TX  77598
Phone: 832-415-1432
cwilson@cwilsonlaw.com
dgreen@cwilsonlaw.com

                                                */s/ Rhonda J. Thompson*
                                                Rhonda J. Thompson