# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **JAVIER HERNANDEZ,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | **CIVIL ACTION NO. 4:24-cv-03163** |
| § | **JURY** |
| **CYPRESS PROPERTY & CASUALTY** § | |
| **INSURANCE COMPANY,** § | |
| § | |
| *Defendant.* § | |

## DEFENDANT CYPRESS PROPERTY & CASUALTY INSURANCE COMPANY'S NOTICE OF A PPEARANCE OF ADDITIONAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Cypress Property & Casualty Insurance Company gives notice that Kolby J. Keller, State Bar No. 24119382, Thompson, Coe, Cousins & Irons, L.L.P., 700 N. Pearl St., 25th Floor, Dallas, TX, 75201 (kkeller@thompsoncoe.com) will appear as additional counsel of record.

WHEREFORE, please include Kolby J. Keller, State Bar No. 24119382, Thompson, Coe, Cousins & Irons, L.L.P., 700 N. Pearl St., 25th Floor, Dallas, TX, 75201 kkeller@thompsoncoe.com on all notices.

[*Signature block on following page*]

Respectfully submitted,

*/s/ Kolby J. Keller*
Rhonda J. Thompson, ***Attorney-in-Charge***
State Bar No.: 24029862
Southern District Number 17055
Kolby J. Keller
State Bar No.: 24119382
Southern District Number 3676114
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
rthompson@thompsoncoe.com
kkeller@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2024, a true and correct copy of the foregoing document was electronically served on Plaintiff's counsel below in accordance with the Texas Rules of Civil Procedure:

Chad T. Wilson
Donald Green
Chad T. Wilson Law Firm PLLC
455 E Medical Center Blvd., Ste 555
Webster, TX  77598
Phone: 832-415-1432
cwilson@cwilsonlaw.com
dgreen@cwilsonlaw.com

*/s/ Kolby J. Keller*
**KOLBY J. KELLER**