UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAVIER A. HERNANDEZ, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:24-cv-03163 |
| | § | (JURY) |
| CYPRESS PROPERTY & CASUALTY INSURANCE, | § | |
| | § | |
| *Defendant.* | § | |

## ENTRY OF APPEARANCE OF COUNSEL FOR PLAINTIFF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Donald C. Green II of the Chad T. Wilson Law Firm PLLC and enters his appearance as counsel for Javier A. Hernandez, Plaintiff in the above-styled cause.

It is requested that copies of all pleadings, filings, and notices of the Court be served upon all said counsel at their address as set forth below.

Respectfully submitted,

By: */s/ Donald C. Green II*
Chad T. Wilson
Bar No. 24079587
Southern District No. 2246983
Donald C. Green II
Bar No. 24086619
Southern District No. 2516640
CHAD T. WILSON LAW FIRM PLLC
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598
Telephone: (832) 415-1432
Facsimile: (281) 940-2137

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of Plaintiff's Notice of Appearance has been forwarded to counsel of record listed below via Certified U.S. Mail, facsimile, hand delivery, email, or electronic service on this day, November 15, 2024.

Rhonda J. Thompson
Kolby J. Keller
THOMPSON COE COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
(214) 987-8200
(214) 871-8209 (Facsimile)
rthompson@thompsoncoe.com
kkeller@thompsoncoe.com

ATTORNEYS FOR DEFENDANT

                                                  /s/ *Donald C. Green II*
                                                  Donald C. Green II