IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JAVIER HERNANDEZ,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:24-cv-03163 |
| | § | JURY |
| **CYPRESS PROPERTY & CASUALTY INSURANCE COMPANY,** | § § § § | |
| *Defendant.* | § | |

## SCHEDULING AND DOCKET CONTROL ORDER

Anticipated Length of Trial: _____ Days          Jury: _____ Non-Jury: _____

1. (a) NEW PARTIES shall be joined by:                                                December 5, 2024
   The Attorney causing the addition of new parties will
   provide copies of this Order to new parties.
   (b) **AMENDMENT TO PLEADINGS** by Plaintiff or
   Counter-Plaintiff shall be filed by:                                               January 24, 2025

2. EXPERT WITNESSES for the PLAINTIFF will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it. DUE DATE:                                                            April 23, 2025

3. EXPERT WITNESSES for the DEFENDANT will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it. DUE DATE:                                                            May 23, 2025

4. DISCOVERY must be completed by:                                                    September 30, 2025
   Written discovery requests are not timely if they are filed                        (Due at least two weeks before
   so close to this deadline that the recipient would not be                          motions deadline)
   required under the Federal Rules of Civil Procedure to
   respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS                                            October 14, 2025
   (except motions *in limine*) will be filed by:                                     (Due 90 days prior to Trial)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*
   Will be filed by:                                              January 5, 2026

7. TRIAL will begin at 9:00 a.m.                                  January 12, 2026
   (The Court sets a firm trial date)

_____                    _____
Date                                                Keith P. Ellison
                                                    United States District Judge

November 21, 2024                     */s/ Donald C. Green II (w/permission)*
Date                                  Chad T. Wilson
                                      Bar No. 24079587
                                      Southern District No. 2246983
                                      Donald C. Green II
                                      Bar No. 24086619
                                      Southern District No. 2516640
                                      CHAD T. WILSON LAW FIRM, PLLC
                                      455 East Medical Center Blvd., Suite 555
                                      Webster, Texas 77598
                                      832-415-1432
                                      281-940-2137 – Fax
                                      cwilson@cwilsonlaw.com
                                      dgreen@cwilsonlaw.com
                                      **ATTORNEYS FOR PLAINTIFF**

November 21, 2024                     */s/ Kolby J. Keller*
Date                                  Rhonda J. Thompson, ***Attorney-in-Charge***
                                      State Bar No.: 24029862
                                      Southern District Number 17055
                                      Kolby J. Keller
                                      State Bar No.: 24119382
                                      Southern District Number 3676114
                                      THOMPSON, COE, COUSINS & IRONS, L.L.P.
                                      700 N. Pearl Street, 25th Floor
                                      Dallas, Texas 75201
                                      Telephone: (214) 871-8200
                                      Facsimile: (214) 871-8209
                                      rthompson@thompsoncoe.com
                                      kkeller@thompsoncoe.com
                                      **ATTORNEYS FOR DEFENDANT**