Case 4:24-cv-03163   Document 13   Filed on 11/21/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAVIER HERNANDEZ, | § § § § | |
| *Plaintiff,* | § | |
| v. | § § | CIVIL ACTION NO. 4:24-cv-03163 |
| | § | JURY |
| CYPRESS PROPERTY & CASUALTY INSURANCE COMPANY, | § § § § | |
| *Defendant.* | § | |

## SCHEDULING AND DOCKET CONTROL ORDER

Anticipated Length of Trial: ____ Days                    Jury:_____ Non-Jury:_____

1. (a) NEW PARTIES shall be joined by:                    December 5, 2024
    The Attorney causing the addition of new parties will
    provide copies of this Order to new parties.
   (b) **AMENDMENT TO PLEADINGS** by Plaintiff or
    Counter-Plaintiff shall be filed by:                   January 24, 2025

2. EXPERT WITNESSES for the PLAINTIFF will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it. DUE DATE:                                 April 23, 2025

3. EXPERT WITNESSES for the DEFENDANT will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it. DUE DATE:                                 May 23, 2025

4. DISCOVERY must be completed by:                        September 30, 2025
   Written discovery requests are not timely if they are filed    (Due at least two weeks before
   so close to this deadline that the recipient would not be      motions deadline)
   required under the Federal Rules of Civil Procedure to
   respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS               October 14, 2025
   (except motions *in limine*) will be filed by:         (Due 90 days prior to Trial)

**JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(F)**
**FEDERAL RULES OF CIVIL PROCEDURE**                                     Page 1

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*
   Will be filed by:                                              January 5, 2026

7. TRIAL will begin at 9:00 a.m.                                  January 12, 2026
   (The Court sets a firm trial date)

11/21/2024                                    *[signature: Keith P. Ellison]*
_____
Date                                          Keith P. Ellison
                                              United States District Judge


November 21, 2024                             */s/ Donald C. Green II (w/permission)*
Date                                          Chad T. Wilson
                                              Bar No. 24079587
                                              Southern District No. 2246983
                                              Donald C. Green II
                                              Bar No. 24086619
                                              Southern District No. 2516640
                                              CHAD T. WILSON LAW FIRM, PLLC
                                              455 East Medical Center Blvd., Suite 555
                                              Webster, Texas 77598
                                              832-415-1432
                                              281-940-2137 – Fax
                                              cwilson@cwilsonlaw.com
                                              dgreen@cwilsonlaw.com
                                              **ATTORNEYS FOR PLAINTIFF**

November 21, 2024                             */s/ Kolby J. Keller*
Date                                          Rhonda J. Thompson, ***Attorney-in-Charge***
                                              State Bar No.: 24029862
                                              Southern District Number 17055
                                              Kolby J. Keller
                                              State Bar No.: 24119382
                                              Southern District Number 3676114
                                              THOMPSON, COE, COUSINS & IRONS, L.L.P.
                                              700 N. Pearl Street, 25th Floor
                                              Dallas, Texas 75201
                                              Telephone: (214) 871-8200
                                              Facsimile: (214) 871-8209
                                              rthompson@thompsoncoe.com
                                              kkeller@thompsoncoe.com
                                              **ATTORNEYS FOR DEFENDANT**