IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JAVIER HERNANDEZ,** | § |
| *Plaintiff,* | § § § |
| v. | §  CIVIL ACTION NO. 4:24-cv-03163 |
| | §  JURY |
| **CYPRESS PROPERTY & CASUALTY INSURANCE COMPANY,** | § § § |
| *Defendant.* | § § |

## JOINT NOTICE OF SETTLEMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff Javier Hernandez and Defendant Cypress Property & Casualty Insurance Company (hereinafter "the Parties") announce they have reached an agreement of settlement in this matter. The Parties anticipate they will have the settlement finalized within thirty (30) days from today, upon which time Plaintiff will file the appropriate dismissal documents with the Court. Accordingly, the Parties ask the action, including any upcoming deadlines be abated.

    Respectfully submitted,

    */s/Donald C. Green II (w/permission)*
    Chad T. Wilson
    Bar No. 24079587
    Donald C. Green II
    Bar No. 24086619
    Chad T. Wilson Law Firm, PLLC
    455 East Medical Center Blvd., Suite 555
    Webster, Texas 77598
    832-415-1432
    281-940-2137 – Fax
    cwilson@cwilsonlaw.com
    dgreen@cwilsonlaw.com

    **ATTORNEYS FOR PLAINTIFF**

        **AND**

*/s/ Rhonda J. Thompson*
**Rhonda J. Thompson,** *Attorney-in-Charge*
State Bar No. 24029862
Kolby Keller
State Bar No. 24119382
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas  75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email:  rthompson@thompsoncoe.com
Email:  kkeller@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT CYPRESS PROPERTY & CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2024, a true and correct copy of the foregoing was electronically served to all counsel of record in accordance with the Federal Rules of Civil Procedure:

Chad T. Wilson
Donald C. Green II
Chad T. Wilson Law Firm, PLLC
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598
832-415-1432
281-940-2137 – Fax
cwilson@cwilsonlaw.com
dgreen@cwilsonlaw.com

        */s/ Rhonda J. Thompson*
        Rhonda J. Thompson