IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JAVIER HERNANDEZ,** | § |
| *Plaintiff,* | § § § |
| v. | §   CIVIL ACTION NO. 4:24-cv-03163 |
| | §   JURY |
| **CYPRESS PROPERTY & CASUALTY INSURANCE COMPANY,** | § § § |
| *Defendant.* | § |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Javier Hernandez and Defendant Cypress Property & Casualty Company hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendant are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 27th day of January, 2025.

                                                         Respectfully submitted,

                                            By: */s/ Donald C. Green II (w/ permission)*
                                                Chad T. Wilson
                                                Bar No. 24079587
                                                Southern District No. 2246983
                                                Donald C. Green II
                                                Bar No. 24086619
                                                Southern District No. 2516640
                                                CHAD T. WILSON LAW FIRM PLLC
                                                455 East Medical Center Blvd., Suite 555
                                                Webster, Texas 77598
                                                Telephone: (713) 222-6000
                                                Facsimile: (281) 940-2137

                                                ATTORNEYS FOR PLAINTIFF

                                  and

10015345v1
10054.238

/s/ Rhonda J. Thompson
Rhonda J. Thompson
State Bar No. 24029862
Kolby J. Keller
State Bar No. 24119382
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209
Email:  rthompson@thompsoncoe.com
Email: anelson@thompsoncoe.com

**COUNSEL FOR DEFENDANT**
**CYPRESS PROPERTY & CASUALTY**
**INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that on the 27th day of January 2025, a true and correct copy of the foregoing was delivered to the following counsel of record in accordance with the Federal Rules of Civil Procedure:

Chad T. Wilson
Donald C. Green II
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598
832-415-1432
281-940-2137 – Fax
cwilson@cwilsonlaw.com
dgreen@cwilsonlaw.com
**COUNSEL FOR PLAINTIFF**

/s/ Rhonda J. Thompson
Rhonda J. Thompson
Kolby J. Keller

10015345v1
10054.238