IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAVIER HERNANDEZ, | § |
| *Plaintiff,* | § § § |
| v. | § CIVIL ACTION NO. 4:24-cv-03163 |
| | § JURY |
| CYPRESS PROPERTY & CASUALTY INSURANCE COMPANY, | § § § |
| *Defendant.* | § § |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff Javier Hernandez and Defendant Cypress Property & Casualty Company's Joint Stipulation of Dismissal With Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff Javier Hernandez's claims against Defendant Cypress Property & Casualty Company are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS SO ORDERED.

SIGNED this _____ day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE