Case 4:24-cv-03163   Document 16   Filed on 01/29/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAVIER HERNANDEZ, | § |
| *Plaintiff,* | § § § |
| v. | §  CIVIL ACTION NO. 4:24-cv-03163 |
| | §  JURY |
| CYPRESS PROPERTY & CASUALTY INSURANCE COMPANY, | § § § |
| *Defendant.* | § |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff Javier Hernandez and Defendant Cypress Property & Casualty Company's Joint Stipulation of Dismissal With Prejudice (ECF 15), is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff Javier Hernandez's claims against Defendant Cypress Property & Casualty Company are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 29th day of January, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE